IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSE LUIS MEJIA NARCISO,<br><br>                    Petitioner,<br><br>        v.<br><br>MARKWAYNE MULLIN,[1] in his official capacity as Secretary of the United States Department of Homeland Security; and JOSEPH B. EDLOW, Director of United States Citizenship and Immigration Services,<br><br>                    Respondents. | **8:26CV88**<br><br><br>**ORDER** |

This matter is before the Court on the magistrate judge's[2] Findings and Recommendation (Filing No. 7) that this case be dismissed because plaintiff Jose Luis Mejia Narciso ("Mejia Narciso") neither served the complaint (Filing No. 1) in this case as required by Federal Rule of Civil Procedure 4(m) nor responded to the magistrate judge's Order to Show Cause (Filing No. 6) why the case should not be dismissed.

Given Mejia Narciso's failure to object or otherwise prosecute this case, further review is unnecessary. *See* 28 U.S.C. § 636(b)(1) (requiring de novo review of "specified proposed findings or recommendations to which objection is made"); Fed. R. Civ. P. 72(b); NECivR 72.2; *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609, 619-20 (8th Cir. 2009) ("[T]he failure to file objections eliminates not only the need for de novo review, but *any* review by the district court.").

---

[1]Markwayne Mullin was sworn in as Secretary of the United States Department of Homeland Security March 24, 2026, and is automatically substituted for his predecessor, Kristi Noem. *See* Fed. R. Civ. P. 25(d).

[2]The Honorable Ryan C. Carson, United States Magistrate Judge for the District of Nebraska.

For the foregoing reasons,

IT IS ORDERED:

1. The magistrate judge's findings and recommendations (Filing No. 7) are accepted. Any objections are deemed waived.

2. This case is dismissed.

Dated this 27th day of July 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge

2